David **ZAIRE**, Plaintiff–Appellant,

v.

L. **BARRINGER**, Registered Nurse, Shawangunk Corr. Facility; **Glenn S. Goord**, Commissioner for the NYS Department of Corr. Services, Defendants–Appellees.

Docket No. 03–0219.

United States Court of Appeals,
Second Circuit.

Sept. 10, 2004.

David Zaire, Malone, NY, pro se.

Nancy A. Speigel, Assistant Solicitor General, for Eliot Spitzer, Attorney General of the State of New York, Albany, N.Y. (Assistant Solicitor General Frank Brady, of counsel, on the brief), for Defendants–Appellees.

---

* The Honorable Jed S. Rakoff, of the United States District Court for the Southern District

Present: MINER, KATZMANN, Circuit Judges, and RAKOFF,* District Judge.

SUMMARY ORDER

David Zaire, *pro se,* appeals from the district court's judgment dismissing his civil rights complaint brought under 42 U.S.C. § 1983. The parties' familiarity with the facts is assumed. Upon review of the record, we conclude that the district court committed no error that would lead to reversal. The judgment of the district court is **AFFIRMED.**